UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JUAN IBARRA,** | ) | NO. CV 08-8407-SJO(CT) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING MAGISTRATE |
| | ) | JUDGE'S REPORT AND |
| v. | ) | RECOMMENDATION |
| | ) | |
| **JOHN F. SALAZAR, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, respondent's answer, and petitioner's objections to the report and recommendation.

Accordingly, IT IS ORDERED THAT:

1. The report and recommendation is accepted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: April 22, 2009

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE