UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN IBARRA,** | NO. CV 08-8407-SJO(CT) |
|       **Petitioner,** | |
|       v. | **JUDGMENT** |
| **JOHN F. SALAZAR, Warden,** | |
|       **Respondent.** | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: April 22, 2009

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE